**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed September 10, 2024.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-24-00587-CV

---

## IN RE R. WAYNE  JOHNSON, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**133rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-15297**

---

## MEMORANDUM OPINION

On Thursday, August 15, 2024, relator R. Wayne  Johnson filed a petition for writ of mandamus in this court.  *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator contends that the trial court acted without jurisdiction and issued a void order.

Relator has been declared a vexatious litigant and is the subject of three pre-filing orders, prohibiting him from filing, pro se, new litigation without seeking the permission of the appropriate local administrative judge. *See* Tex. Civ. Prac. & Rem. Code Ann. §§ 11.101, 11.102. The clerk of this court may not file an original proceeding or other matter presented by a vexatious litigant subject to a pre-filing order unless the litigant first obtains an order from the appropriate local administrative judge permitting the filing. Tex. Civ. Prac. & Rem. Code Ann. § 11.103(a).

On August 16, 2024, the clerk of this court notified relator that his original proceeding was subject to dismissal without further notice, unless within 10 days relator filed a copy of the order from the local administrative judge permitting the filing of his petition. In response to the notice, relator did not provide a copy of the pre-filing order permitting his petition or otherwise adequately respond to our notice.

Accordingly, we dismiss the mandamus petition for lack of jurisdiction. *See* Tex. Civ. Prac. Rem. Code § 11.1035(b); *In re Johnson*, No. 14-21-00314-CV, 2021 WL 2837189, at *1 (Tex. App.—Houston [14th Dist.] July 8, 2021, orig. proceeding) (mem. op.) (dismissing vexatious litigant's petition for writ of mandamus in absence of order from local administrative judge permitting filing of original proceeding); *In re Johnson*, No. 14-22-00332-CV, 2022 WL 3093195, at *1 (Tex. App.—Houston [14th Dist.] Aug. 4, 2022, orig. proceeding) (mem. op.) (same).

2

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Hassan.